No. 95–368. SMITH ET AL. *v.* RUSH. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.